[Nos. 9804–1–II; 9895–4–II.  Division Two.  December 17, 1987.]

*In the Matter of the Marriage of* FRANCES KATHLEEN COLE, *Appellant, and* RICHARD IRA ANDIS, *Respondent.*

Appeals from judgments of the Superior Court for Kitsap County, No. 82–3–01145–8, Leonard W. Kruse and Robert L. Charette, JJ., entered March 28 and April 25, 1986. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 9716–8–II.  Division Two.  December 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL RAYMOND LLOYD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–02065–2, Thomas R. Sauriol, J., entered April 3, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 10661–2–II.  Division Two.  December 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK L. BIRD, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–1–00162–2, Robert L. Charette, J., entered January 12, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.